1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  MICHAEL J. PELLEGRINI, ESQ.
   California Bar No. 285175
3  **BAY AREA CRIMINAL LAWYERS, PC**
4  300 Montgomery Street, Suite 660
   San Francisco, CA 94104
5  Telephone:  (415) 398-3900

6  Attorneys for Defendant **Muzaffar Hussain**

7

                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                            OAKLAND DIVISION
10

11 UNITED STATES OF AMERICA,     )  Case No. CR-13-408-JST
                                 )  Filed: June 25, 2013
12          Plaintiff,            )
                                 )
13 v.                            )  **STIPULATION CONTINUING STATUS
                                 )  CONFERENCE AND [PROPOSED] ORDER
14 MUZAFFAR HUSSAIN,             )  THEREON**
                                 )
15          Defendant.            )
                                 )
16 _____)  Case No. CV-10-5408-JST
   UNITED STATES OF AMERICA,     )  Filed: November 29, 2010
17                                )
            Plaintiff,            )
18                                )
   v.                            )
19                                )
   $66,000 IN UNITED STATES      )
20 CURRENCY,                      )
                                 )
21          Defendant.            )
   _____)
22

23
        **IT IS HEREBY STIPULATED** by and between the parties that the
24
   status conference in this case, currently scheduled for March 7,
25

26 Stipulation Continuing
   Status Conference and
27 [Proposed] Order Thereon
   *U.S. v. Hussain;*
   Case No. CR-13-408-JST
28                                      1

FILED
FEB 07 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2014 at 9:30 a.m. be continued until March 28, 2014 at 9:30 a.m. Due to a scheduling conflict of defense counsel, we are asking the Court for this continuance.

    2.   Defense counsel has contacted Assistant United States Attorney, Cynthia Stier, Esq., regarding this request. Ms. Stier has no objection to this continuance.

**IT IS SO STIPULATED.**

                                MELINDA HAAG, ESQ.
                                United States Attorney

Dated: February 6, 2014   By: /s/Cynthia L. Stier
                                    CYNTHIA L. STIER, ESQ.
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Dated: February 6, 2014   By: /s/David J. Cohen
                                    DAVID J. COHEN, ESQ.
                                    Attorneys for Defendant **Hussain**

    **IT IS SO ORDERED.**

Dated: 2/7/14

                                  THE HONORABLE JON S. TIGAR
                                  UNITED STATES DISTRICT COURT JUDGE