DAVID J. COHEN, ESQ.
California Bar No. 145748
MICHAEL J. PELLEGRINI, ESQ.
California Bar No. 285175
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Muzaffar Hussain**

FILED
MAR 27 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MUZAFFAR HUSSAIN,  )<br>  )<br>       Defendant.  )<br>_____)<br>UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>$66,000 IN UNITED STATES  )<br>CURRENCY,  )<br>  )<br>       Defendant.  )<br>_____) | Case No. CR-13-408-JST<br>Filed: June 25, 2013<br><br>**STIPULATION CONTINUING STATUS CONFERENCE AND [PROPOSED] ORDER THEREON**<br><br>Case No. CV-10-5408-JST<br>Filed: November 29, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties that the status conference in this case, currently scheduled for March 28,

Stipulation Continuing
Status Conference and
[Proposed] Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

1

2014 at 9:30 a.m. be continued until May 23, 2014 at 9:30 a.m.

The reason for this stipulation is as follows:

1. Defense counsel has a personal family emergency that requires him and his children to fly to New York on Thursday morning and attend a funeral on Friday. Therefore, he will be unable to appear at the status conference on Friday morning.

2. Defense counsel has contacted Assistant United States Attorney, Cynthia Stier, Esq., regarding this request. Ms. Stier has no objection to this continuance.

**IT IS SO STIPULATED.**

MELINDA HAAG, ESQ.
United States Attorney

Dated: March 26, 2014   By: /s/Cynthia L. Stier
CYNTHIA L. STIER, ESQ.
Assistant United States Attorney
Attorney for Plaintiff

Dated: March 26, 2014   By: /s/David J. Cohen
DAVID J. COHEN, ESQ.
Attorneys for Defendant **Hussain**

**IT IS SO ORDERED.**

Dated: 3/27/14

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

Stipulation Continuing
Status Conference and
[Proposed] Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

2