DAVID J. COHEN, ESQ.
California Bar No. 145748
MICHAEL J. PELLEGRINI, ESQ.
California Bar No. 285175
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Muzaffar Hussain**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>v.                                )<br>                                  )<br>MUZAFFAR HUSSAIN,                 )<br>                                  )<br>          Defendant.             )<br>_____ ) | Case No. CR-13-00408-JST<br>Filed: June 25, 2013<br><br>**STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME AND [PROPOSED] ORDER THEREON** |
| UNITED STATES OF AMERICA,        )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>v.                                )<br>                                  )<br>$66,000 IN UNITED STATES         )<br>CURRENCY,                         )<br>                                  )<br>          Defendant.             )<br>_____ ) | Case No. CV-10-5408-JST<br>Filed: November 29, 2010 |

  **IT IS HEREBY STIPULATED** by and between the parties that the status conference in this case, currently scheduled for July 11, 2014 at 9:30 a.m. be continued until July 25, 2014 at 9:30 a.m.

Stipulation Continuing
Status Conference and
Excluding Time and [Proposed]
Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

1

The reason for this stipulation is as follows:

1. Mr. Hussain is required to be in San Diego on July 11, 2014 to help his daughter who is ill.

2. The parties are continuing to negotiate and attempt to resolve material issues relating to this matter with the next meeting between the parties schedule at 2:00 p.m. on July 10, 2014.

**IT IS FURTHER STIPULATED** that the period between July 11, 2014 and July 25, 2014, is properly excluded under the Speedy Trial Act, Title 18, U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO STIPULATED.**

                                      MELINDA HAAG, ESQ.
                                      United States Attorney

Dated: July 9, 2014          By: /s/Cynthia L. Stier
                                 CYNTHIA L. STIER, ESQ.
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Dated: July 9, 2014          By: /s/David J. Cohen
                                 DAVID J. COHEN, ESQ.
                                 Attorneys for Defendant **Hussain**

**IT IS SO ORDERED.**

Dated: July 10, 2014

                                        JON S. TIGAR
                                        UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Jon S. Tigar*

Stipulation Continuing
Status Conference and
Excluding Time and [Proposed]
Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

2