DAVID J. COHEN, ESQ.
California Bar No. 145748
MICHAEL J. PELLEGRINI, ESQ.
California Bar No. 285175
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Muzaffar Hussain**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MUZAFFAR HUSSAIN, ) <br> ) <br> Defendant. ) <br> _____ ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $66,000 IN UNITED STATES ) <br> CURRENCY, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR-13-408-JST <br> Filed: June 25, 2013 <br><br> **STIPULATION TO RELEASE MR. HUSSAIN'S PASSPORT TO THE CUSTODY OF DEFENSE COUNSEL FOR 72 HOURS AND [PROPOSED] ORDER THEREON** <br><br> Case No. CV-10-5408-JST <br> Filed: November 29, 2010 |

   **IT IS HEREBY STIPULATED** by and between the parties that Pretrial Services is ordered to release to defense counsel and/or

Stipulation to Release Mr. Hussain's
Passport to the Custody of Defense
Counsel for 72 Hours and [Proposed]
Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

1

any employees of defense counsel, Mr. Hussain's passport for the period July 16, 2014 at 8:00 a.m. to July 18, 2014 at 4:00 p.m. Defense counsel or an employee of defense counsel will accompany Mr. Hussain to the Social Security Administration Office and have the passport in their custody at all times.

The reason for the stipulation is as follows:

1. Mr. Hussain requires the passport in order to receive his social security benefits. Defense counsel has tried, but has been unsuccessful, to accomplish this through the presentation of a copy of Mr. Hussain's passport.

2. Defense counsel is in possession of a letter from the Social Security Administration which does, in fact, require Mr. Hussain to present to them an original passport in order to seek benefits.

**IT IS SO STIPULATED.**

```
                                MELINDA HAAG, ESQ.
                                United States Attorney

Dated: July 9, 2014        By: /s/Cynthia L. Stier
                                CYNTHIA L. STIER, ESQ.
                                Assistant United States Attorney
                                Attorney for Plaintiff


Dated: July 9, 2014        By: /s/David J. Cohen
                                DAVID J. COHEN, ESQ.
                                Attorneys for Defendant **Hussain**
```

Stipulation to Release Mr. Hussain's
Passport to the Custody of Defense
Counsel for 72 Hours and [Proposed]
Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

2

1     **IT IS SO ORDERED.**

3   Dated: July 10, 2014

_____
THE HONORABLE
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

Stipulation to Release Mr. Hussain's Passport to the Custody of Defense Counsel for 72 Hours and [Proposed] Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

3