UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MUZAFFAR HUSSAIN,<br><br>    Defendant. | No. CR-13-00408-JST<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The defendants, Muzaffar Hussain, came before the Court for a status hearing on July 25, 2014. At that hearing, the case was scheduled for trial on July 6, 2015, at 8:30 at the San Francisco Federal Courthouse.

The parties agreed, and the Court found, that the time between July 25, 2014, and July 6, 2015, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv). The parties represent and this Court found that this delay is necessary to allow counsel for the Defendant effectively prepare for trial. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, and as stated on the record at the hearing on July 25, 2014, the Court HEREBY ORDERS the period between July 25, 2014, and July 6, 2015, is properly excluded under the

[proposed] Order Excluding Time Under The
Speedy Trial Act (No. CR-13-00408-JST)        1

1  Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv).
2  The Court finds that the failure to grant the requested continuance would unreasonably deny defense
3  counsel reasonable time necessary for effective preparation, including the review of discovery, and for
4  continuity of counsel.  The Court finds that the ends of justice served by granting the requested
5  continuance outweigh the best interest of the public and the defendants in a speedy trial and in the
6  prompt disposition of criminal cases.
7      IT IS SO ORDERED
8
9  DATED: July 28, 2014              _____
                                     JON S. TIGAR
                                     UNITED STATES DISTRICT JUDGE