```
1   DAVID J. COHEN, ESQ.
    California Bar No. 145748
2   MICHAEL J. PELLEGRINI, ESQ.
    California Bar No. 285175
3   BAY AREA CRIMINAL LAWYERS, PC
4   300 Montgomery Street, Suite 660
    San Francisco, CA 94104
5   Telephone:  (415) 398-3900
6
7   Attorneys for Defendant Muzaffar Hussain
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-13-408-JST |
| | ) | Filed: June 25, 2013 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO SET NEW MOTIONS** |
| MUZAFFAR HUSSAIN, | ) | **HEARING AND NEW MOTIONS** |
| | ) | **BRIEFING SCHEDULE AS WELL AS** |
| Defendant. | ) | **STATUS REPORT AND [PROPOSED]** |
| | ) | **ORDER THEREON** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-10-5408-JST |
| | ) | Filed: November 29, 2010 |
| v. | ) | |
| | ) | |
| $66,000 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

Due to issues relating to defense counsel's schedule as well as the complexity of this

Stipulation to Set New Motions Hearing and New Motions Briefing Schedule as Well as Status Report and [Proposed] Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

1

matter, defense counsel has represented that the defense needs additional time to prepare and file motions. The government does not object to the defense being granted additional time to prepare and file motions and to have those motions heard.

Accordingly, **IT IS STIPULATED** as follows:

The motions hearing in this matter, currently scheduled for January 30, 2015 at 2:00 p.m. be continued to April ~~13~~ 3, 2015 at 2:00 p.m. in Oakland.

**IT IS FURTHER STIPULATED** that the briefing schedule will be as follows:

Mr. Hussain will file any and all pretrial motions by March 6, 2015; the government will file any and all oppositions to Mr. Hussain's pretrial motions by March 20, 2015; the defense will file any and all replies by March 27, 2015.

**IT IS SO STIPULATED.**

                                        MELINDA HAAG, ESQ.
                                      United States Attorney

Dated: January 28, 2015        By: /s/Cynthia L. Stier
                                      CYNTHIA L. STIER, ESQ.
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

Dated: January 28, 2015        By: /s/David J. Cohen
                                      DAVID J. COHEN, ESQ.
                                      Attorneys for Defendant **Hussain**

Stipulation to Set New Motions Hearing and New Motions Briefing Schedule as Well as Status Report and [Proposed] Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

1   **IT IS SO ORDERED.**

3   Dated:   January 28, 2015



4   _____
    THE HONORABLE JON S. TIGAR
    UNITED STATES DISTRICT JUDGE

**STATUS REPORT**

In an order dated January 23, 2015, the Court indicated that it would set a trial date on January 30, 2015, in the absence of a stipulation between the parties to continue the motions hearing and motions briefing schedule to be filed no later than January 27, 2015. The parties have met and conferred and are filing the instant proposed stipulation relating to the scheduling of a motions hearing and the briefing schedule. The parties also agree that the Court has already scheduled a trial date in this matter, together with several pretrial dates. The trial date in this matter is currently scheduled for July 6, 2015 at 8:30 a.m.

Stipulation to Set New Motions Hearing and New Motions Briefing Schedule as Well as Status Report and [Proposed] Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

3