DAVID J. COHEN, ESQ.
California Bar No. 145748
MICHAEL J. PELLEGRINI, ESQ.
California Bar No. 285175
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Muzaffar Hussain**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-13-408-JST |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION TO CONTINUE MOTIONS** |
| ) | **HEARING AND [PROPOSED] ORDER** |
| MUZAFFAR HUSSAIN, ) | **THEREON** |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the motions hearing in this matter, currently scheduled for April 13, 2015 at 2:00 p.m., be continued to April 20, 2015 at 2:00 p.m. in Oakland.

The reason for this stipulation is as follows:

Over the weekend, an illness defense counsel contracted during last week became more acute resulting in defense counsel losing consciousness on Sunday afternoon.  That evening, recognizing that he would be unfit to conduct the motions hearing on Monday, April 13, 2015,

defense counsel contacted his associate, Jason T. Campbell, Esq. and asked him to cover the hearing.  Mr. Campbell has worked on this case and is familiar with the facts and law related to the pending motions.

On Monday morning, defense counsel went to the doctor.  The doctor prescribed some medication to counsel and ordered blood work. While he was at the doctor's office, defense counsel received a call from the defendant, Mr. Muzaffar Hussain. Mr. Hussain informed defense counsel that he was at the hospital and believed to be experiencing problems with his kidneys and/or heart.  Defense counsel is informed and believes that Mr. Hussain has been admitted to the Valley Center Hospital in Pleasanton, CA for observation but is unaware of his condition at this time.

Upon learning of Mr. Hussain's condition, defense counsel contacted Mr. Campbell who, in turn, contacted Assistant United States Attorney Cynthia Stier. Ms. Stier informed the courtroom clerk of these developments via e-mail. The Court's clerk, Mr. William Noble, responded to Ms. Stier's e-mail indicating that the Court was aware of the situation and, based on counsel's representations, would agree to continue the motions hearing until Monday, April 20, 2015 at 2:00 p.m.—a date amenable to both parties.

**IT IS SO STIPULATED.**

                      MELINDA HAAG, ESQ.
                      United States Attorney

Dated: April 13, 2015        By: /s/Cynthia L. Stier
                                    CYNTHIA L. STIER, ESQ.
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Dated: April 13, 2015          By: /s/David J. Cohen
                                    DAVID J. COHEN, ESQ.
                                    Attorneys for Defendant **Hussain**

**IT IS SO ORDERED.**

Dated:   April 13, 2015          _____
                                 THE HONORABLE JON S. TIGAR
                                 UNITED STATES DISTRICT COURT JUDGE



Stipulation to Continue Motions Hearing and [Proposed] Order Thereon
*U.S. v. Hussain;*
Case No. CR-13-408-JST

3