```
 1 │ MELINDA HAAG (CABN 132612)
   │ United States Attorney
 2 │
 3 │ DAVID R. CALLAWAY (CABN 121782)
   │ Chief, Criminal Division
 4 │
   │ CYNTHIA STIER (DCBN 423256)
 5 │ Assistant United States Attorney
 6 │
   │   450 Golden Gate Avenue, Box 36055
 7 │   San Francisco, California 94102-3495
   │   Telephone: (415) 436-7000
 8 │   FAX: (415) 436-7009
 9 │ Attorneys for United States of America
```

**FILED**

APR 20 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCICSO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-13-00408-JST |
|---|---|
| Plaintiff, | ) Case No. 10-CV-05408-JST (related case) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER** |
| MUZAFFAR HUSSAIN, | ) |
| Defendant. | ) |

1. The United States and the defendant, Muzaffar Hussain, through undersigned counsel, hereby stipulate and agree as follows:

2. The United States is prepared to produce to defendant's counsel of record in this matter Memorandums of Interview in this case. [handwritten: the persons identified in the memorandums.]

3. Defendant will not discuss the Memorandums of Interview, or the contents thereof, with any of ~~these individuals~~ [the persons identified in the memorandums]. Defendant's counsel of record may discuss the Memorandums of Interview with any or all of these individuals and the contents thereof for the purpose of preparing and evaluating the defense in this proceeding.

4. The documents described above shall not be copied at all unless copying is necessary for preparation of the defense in this proceeding. No copy of the materials stated herein shall be in the

Stipulation and [proposed] Order
CR-13-00408-JST                                1

1 | possession of the defendant outside the presence of his counsel of record.

2 |     5.    Any copy of the materials stated herein shall be accompanied by a copy of this Stipulation and Order. No document or copy thereof shall be left with any defense witness.

    6.    Defendant's pretrial release conditions shall be amended to include defendant's compliance with this protective order, and appropriate sanctions may be imposed for any violation of this condition.

DATED: 4/17/2015

s/ Jose A. Olviera
CYNTHIA STIER
JOSE A. OLIVERA
Assistant United States Attorneys

DATED: 4/17/2015

s/ David J. Cohen
DAVID J. COHEN
Counsel for Muzaffar Hussain

ORDER

    10.    In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that disclosure of the above-described information shall be restricted as set forth in Paragraphs 1 through 6 above.

DATED: 4/20/15

JON S. TIGAR
United States District Judge