UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MUZAFFAR HUSSAIN,<br><br>    Defendant. | Case No. 13-cr-00408-JST-1<br><br>**COURT'S INTENDED JUROR QUESTIONNAIRE** |

The Court intends to use the attached juror questionnaire for potential jurors summoned in this case, and to submit the questionnaire to prospective jurors by mail in advance of the trial. Parties may ask follow-up questions to responses in the questionnaire and may ask additional questions during voir dire. The Court intends to allow counsel to conduct at least some portion of voir dire, subject to time limits.

The Court requests that the parties provide the Court with a list of names of persons who *may* testify at trial by September 16, 2015, so that this information can be included in the form sent to prospective jurors. The Court can provide additional or amended information to prospective jurors on the day of trial. Parties' comments, objections to the form of questions, or suggested modifications to the questionnaire may also be submitted by September 16, 2015.

IT IS SO ORDERED.

Dated: September 11, 2015

_____
JON S. TIGAR
United States District Judge

**JUROR QUESTIONNAIRE - INSTRUCTIONS**

The integrity of our legal system depends on the fairness and impartiality of jurors. This questionnaire has been prepared to assist the Court and all of the parties in this case to determine whether you may have had personal experiences or knowledge about the issues to be decided by the jury. There are no right or wrong answers to any question. Please fill out completely in ink. Since we need to make copies, do not write on the back of any page. If you need more room, continue at the bottom or side of the page, or on the last page (noting question number).

Please answer the questions honestly and completely. This questionnaire is part of the trial record, but will not be available generally to the public without an order of the Court. In the event that some of the questions call for sensitive personal information, which you wish not to disclose here, please indicate that in your response. You will be provided an opportunity to speak with the judge and/or the attorneys outside the presence of other jurors.

At the end of the questionnaire, you will be asked to sign the questionnaire and to declare under penalty of perjury that your answers are true and correct.

Thank you for your cooperation.

# JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly. Since we want to make copies for the attorneys and the Court, do not write on the back of any page. Thank you for your cooperation.

1. Your name: _____

2. Your age: _____

3. The city where you live: _____

    How long have you lived there: _____

4. Your place of birth: _____

5. Do you rent or own your own home? _____

6. Your marital status: (circle one)

    single    married    live with partner    separated    divorced    widowed

7. What is your occupation, and how long have you worked in it? (If you are retired, please describe your main occupation when you were working).

    _____

    _____

    _____

8. Who is (or was) your employer?

    _____

9. How long have you worked for this employer? _____

10. Please list the occupations of any adults with whom you live.

    _____

11. If you have children, please list their ages and sex and, if they are employed, please give their occupations.

    _____

    _____

    _____

    _____

12. Please describe your educational background:

    Highest grade completed: _____

    College and/or vocational schools you have attended:
    _____
    _____
    _____

    Major areas of study: _____

13. Have you ever served on a jury before? _____ How many times? _____

    If yes: State/County Court _____ Federal Court _____

    When? _____

    Was it a civil or criminal case? _____

    Did the jury(ies) reach a verdict? _____

    Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides here?
    Yes:_____ No:_____

14. Have you, or a close friend or family member, ever worked for a court or for any prosecution or criminal defense office, including a district attorney's office, United States Attorney's Office, public defender's office, or a private criminal defense attorney's office?
    Yes:_____ No:_____

15. Have you, or a close friend or family member, ever been employed by any law enforcement agency?
    Yes:_____ No:_____

16. Have you ever served in the military police or in courts martial?
    Yes:_____ No:_____

17. Are you acquainted with Judge Jon Tigar, the judge in the case?
    Yes:_____ No:_____

18. Have you, or a close friend or family member, been the victim of or a witness to a crime?
    Yes:_____ No:_____

    If yes, please explain: _____
    _____

19. Have you, or a close friend or family member, ever been accused, arrested or convicted of any offense?
    Yes:_____ No:_____

    If yes, please explain: _____

    _____

    _____

    _____

20. Have you, or a close friend or family member, ever had a bad experience with a court or with law enforcement or the federal government?
    Yes:_____ No:_____

    If yes, please explain: _____

    _____

    _____

    _____

21. Do you believe law enforcement officers are either more or less likely to tell the truth than other witnesses because of their occupations?
    Yes:_____ No:_____

22. The defendant, attorneys and witnesses may be of various races, ethnicities and national origins. Would the race, ethnicity or national origin of the defendant, the attorneys, the witnesses or the law enforcement agents make it difficult for you to be a fair juror?
    Yes:_____ No:_____

23. In this case, the government alleges that the defendant _____

    _____

    _____

    Is there anything about the nature of this case that would make it difficult for you to be a fair and impartial juror?
    Yes:_____ No:_____

    If yes, please explain: _____

5

24. Do you understand the principles that a defendant in a criminal case is presumed to be innocent unless proven guilty and that the burden of proof is upon the government to prove guilt beyond a reasonable doubt before there can be a conviction?
    Yes:_____ No:_____

25. Would you have trouble presuming the defendant to be innocent?
    Yes:_____ No:_____

26. Because the defendant is presumed innocent and the burden of proof is on the government to prove guilt beyond a reasonable doubt, the defendant need not testify, or present any witnesses or evidence. In fact, the defendant has a constitutional right not to testify, to rely upon the presumption of innocence. Will you be unable to give the defendant the benefit of the presumption of innocence if he chooses not to testify or present witnesses or evidence?
    Yes:_____ No:_____

27. If, at the end of the case, you believed that the defendant was guilty beyond a reasonable doubt, would you be able to return a verdict of guilty?
    Yes:_____ No:_____

28. If, at the end of the case, you had a reasonable doubt as to the defendant's guilt, would you be able to return a verdict of not guilty?
    Yes:_____ No:_____

29. Will you be unable to follow the law as the court gives it to you, if you disagree with it or think it should be different?
    Yes:_____ No:_____

30. Do you have any problem, based upon a doctrine of your religion, with sitting in judgment of another's conduct in a court of law in this or any other criminal case?
    Yes:_____ No:_____

31. Is there any other reason, not addressed above, that would make it difficult for you to be a fair and impartial juror in this case?
    Yes:_____ No:_____

    If yes, please explain: _____

32. Attached is a list of the parties, agents, investigators, attorneys, potential witnesses and other people connected with this case. Do you think you might know any of these people?
Yes:_____ No:_____

If yes, please place a checkmark by the name(s).

**VERIFICATION**

I, _____, declare under penalty of perjury under the laws of the State
      (PRINT FULL NAME)

of California and the United States of America, that the foregoing responses I have given on this juror questionnaire, and on any attached sheets, are true and correct to the best of my knowledge and belief.

_____                    _____
      DATE                                              SIGNATURE


**List of Parties, Agents, Investigators, Potential Witnesses and Other People Connected With This Case**

(Defendant's Attorney)
(Assistant United States Attorney)