UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-00408-JST |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| MUZAFFAR HUSSAIN, | |
| Defendant. | |

The defendants, Muzaffar Hussain, came before the Court for a motions and status hearing on November 13, 2015.  The case is scheduled for trial on July 11, 2016, at 8:30 a.m.  The parties agreed, and the Court found, that the time between November 13, 2015, and July 11, 2016, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv) for the Superseding Indictment.

The parties represented and this Court found that this delay is necessary to allow counsel for the Defendant to effectively prepare for trial.  The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

For the foregoing reasons, and as stated on the record at the hearing on November 13, 2015, the Court HEREBY ORDERS the period between November 13, 2015, and July 11, 2016, is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i)

[proposed] Order Excluding Time Under The
Speedy Trial Act (No. CR-13-00408-JST)        1

1  and (h)(7)(B)(iv) for the Superseding Indictment.  The Court finds that the failure to grant the requested
2  continuance would unreasonably deny defense counsel reasonable time necessary for effective
3  preparation, including the review of discovery, and for continuity of counsel.  The Court finds that the
4  ends of justice served by granting the requested continuance outweigh the best interest of the public and
5  the defendants in a speedy trial and in the prompt disposition of criminal cases.

6       IT IS SO ORDERED.

7  DATED:  November 17, 2015

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE