DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Muzaffar Hussain**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-13-408-JST |
| Plaintiff, | |
| v. | **STIPULATION CHANGING DATE FOR SENTENCING HEARING AND [PROPOSED] ORDER THEREON** |
| MUZAFFAR HUSSAIN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the sentencing hearing, currently scheduled for January 20, 2017, in Courtroom 2, at 9:30 a.m., be vacated and rescheduled for March 10, 2017, in Courtroom 2, at 9:30 a.m.

The reason for this request is as follows:

Due to assignment issues at United States Probation, the fact that Mr. Hussain is currently residing in Houston, Texas, and defense counsel's schedule, Mr. Hussain's probation interview is not set until December 27, 2016. The currently requested date will permit United States Probation to complete a report in conformity with Federal Rules of Criminal Procedure and the Local Rules of this Court.

**IT IS SO STIPULATED.**

BRIAN STRETCH, ESQ.
United States Attorney

| | |
|---|---|
| Dated: December 21, 2016 | By: /s/Cynthia L. Stier<br>CYNTHIA L. STIER, ESQ.<br>Assistant United States Attorney |
| | Attorneys for **Plaintiff** |
| | **BAY AREA CRIMINAL LAWYERS, PC** |
| Dated: December 21, 2016 | By: /s/David J. Cohen<br>DAVID J. COHEN, ESQ. |
| | Attorneys for Defendant **Muzaffar Hussain** |

**IT IS SO ORDERED.**

Dated:   December 22, 2016

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Jon S. Tigar*

**ECF ATTESTATION**

I, David J. Cohen, Esq., attest that concurrence in e-filing this STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR SENTENCING HEARING has been received from Assistant United States Attorney CYNTHIA L. STIER, ESQ., in compliance with Civil L.R. 5-1(i)(3).

Dated: December 21, 2016            By: /s/ David J. Cohen
                                        DAVID J. COHEN, ESQ.